# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LYNN PITTS, individually and on behalf of all others similarly situated, )<br><br>*Plaintiff*, )<br><br>v. )<br><br>WASATCH MEDICAL GROUP, LLC, and ANDREW RINEHART, ) | Case No. 4:22-cv-00819 |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Lynn Pitts hereby dismisses this matter without prejudice. Defendant has filed neither an answer nor a motion for summary judgment.

Date: June 12, 2023

Respectfully Submitted,

By: */s/ Brandon M. Wise*
Brandon M. Wise – IL Bar # 6319580
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE, LLP**
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Ph: 314-833-4825
Email: bwise@peifferwolf.com

COUNSEL FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I filed the foregoing document with the clerk of the Court using the Court's ECF system, which should further distribute a true and accurate copy of the foregoing to all counsel of record.

<em>/s/ Brandon M. Wise</em>